UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY MEEKS,

    Plaintiff,

v.

GREGORY SKIPPER, et al.,

    Defendants.
_____/

Case No. 1:19-cv-161

HONORABLE PAUL L. MALONEY

# ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion for preliminary injunction and Defendants filed a motion to revoke *in forma pauperis* (IFP) status. The matters were referred to the Magistrate Judge, who issued a Report and Recommendation on February 7, 2020, recommending that this Court deny both motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 60) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for preliminary injunction (ECF No. 33) and Defendants' motion to revoke IFP status (ECF No. 43) are DENIED.

Dated: March 5, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge